UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAMERON AUE,<br><br>      Plaintiff,<br><br>   v.<br><br>CAROL ROBINSON, and<br>CAROL ROBINSON IRREVOCABLE TRUST<br><br>      Defendants. | Case No. 24-cv-2299-JPG |

## **MEMORANDUM AND ORDER**

      This case is before the Court after Plaintiff Cameron Aue failed to pay the filing fee. On May 1, 2025, the Court denied Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 4) without prejudice because he failed to submit a certified copy of his prisoner trust fund account statement. The denial required Plaintiff to file a new motion to proceed *in forma pauperis* with the required trust fund statement or pay the $405.00 filing fee. Plaintiff failed to do either. On September 9, 2025, the Court ordered Plaintiff to show cause on or before October 6, 2025, why his claims against Defendants Carol Robinson and Carol Robinson Irrevocable Trust should not be dismissed without prejudice for failure to pay the filing fee (Doc. 14). It warned that failure to respond will result in dismissal of his claims. The deadline has passed, and Plaintiff has not filed a response nor asked for an extension and he has not paid the filing fee. Therefore, the Court DISMISSES this case without prejudice and DIRECTS the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED**:  **November 14, 2025**

                                                                       s/ J. Phil Gilbert
                                                                       **J. PHIL GILBERT**

**United States District Judge**