UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAMERON AUE,<br><br>      Plaintiff,<br><br>  v.<br><br>CAROL ROBINSON, and<br>CAROL ROBINSON IRREVOCABLE TRUST<br><br>      Defendants. | Case No. 24-cv-2299-JPG |

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to pay the filing fee,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: November 17, 2025**                        **MONICA A. STUMP, Clerk of Court**

                                                                         **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **United States District Judge**